# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSA STEVENS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-1082 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

On January 2, 2019, the parties filed a stipulation for Plaintiff to have an extension of time to serve her confidential letter brief. (Doc. 12) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 12) is **GRANTED**; and
2. Plaintiff **SHALL** serve a confidential letter brief no later than **February 16, 2019**.

IT IS SO ORDERED.

Dated: **January 3, 2019**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE