# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSA STEVENS, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-01082 - JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME <br><br> (Doc. 16) |

Plaintiff filed a stipulation for an extension of thirty days to file an opening brief. (Doc. 16) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Plaintiff in this action related to the confidential letter brief. (Docs. 13, 14)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion by Plaintiff to amend the Scheduling Order. Plaintiff contends the extension in necessary because her attorney has a two-week vacation planned and needs "additional time to further review the file and prepare the opening brief." (Doc. 16 at 2) Defendant does not oppose the request for a second extension (*id.*), and it does not appear Defendant would suffer any prejudice through the delay.

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1

1. Plaintiff's request for a second extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **May 20, 2019**.

IT IS SO ORDERED.

Dated: __**March 27, 2019**__          __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE